UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR No.: 11-113 [RHK / AJB]

---

UNITED STATES OF AMERICA

    Plaintiff

vs.

DELMARCUS DEANTE JOHNSON

    Defendant

ORDER DISCHARGING STAND-BY COUNSEL
AND TERMINATING LEGAL REPRESENTATION

---

This matter is on before the Court following sentencing upon application of stand-by counsel, Richard D. Virnig, on his own behalf, for discharge as stand-by counsel for Pro-Se defendant Delmarcus Johnson and for termination of legal representation of Pro-Se defendant Johnson.

The court finds that counsel has fulfilled his district court obligations as retained and court appointed stand-by counsel on behalf of Pro-Se defendant Johnson in the above noted district court proceedings.

Accordingly, based upon all the files, records and proceedings herein and for other good and sufficient cause,

**IT IS HEREBY ORDERED:**

1.    Richard D. Virnig is hereby immediately discharged and terminated as stand-by counsel for Pro-Se defendant DelMarcus Johnson in the above noted district court proceedings.

Dated: June 20, 2012                      s/Richard H. Kyle
                                                    Honorable Richard H. Kyle
                                                    United States District Court Judge